No. 75–5634.   ZBICHORSKI *v.* GAGNON, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 75–5502.   COZZETTI *v.* HALL, CHIEF JUDGE, U. S. DISTRICT COURT.   Motion for leave to file petition for writ of mandamus denied.

No. 74–6642.   FABIAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–6647.   TYLER ET AL. *v.* RYAN ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 75–119.   KIMBERLY-CLARK CORP. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 75–205.   HARRIS *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 75–213.   ROMANO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75–327.   WOOD *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 75–356.   INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 5th Cir.   Certiorari denied.